**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 863 MAL 2016

            Respondent             :

                                     :   Petition for Allowance of Appeal from

               v.                    :   the Order of the Superior Court

BRIAN JAMES-PAUL HINES,         :

            Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.